UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORREY MITCHELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROXANNE RAMOS,<br><br>　　　　Defendant. | Case No. 23-cv-03588-JSW<br><br>**ORDER TO SHOW CAUSE REGARDING MOTIONS TO STRIKE AND FOR SANCTIONS** |

　　　On or before **June 24, 2024**, Defendants shall SHOW CAUSE why Plaintiff's motions to strike and for sanctions (ECF Nos. 23, 24) should not be granted.

　　　**IT IS SO ORDERED.**

Dated:  June 10, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge